SEAHAWK ENTERPRISES, INC. et al.

v.

John H. NORBERG, Tax Administrator.

No. 83-226-M.P.

Supreme Court of Rhode Island.

June 3, 1983.

Joseph R. Palumbo, Jr., Newport, for petitioner.

Perry Shatkin, State of RI Division of Taxation, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

Vasco SILVEIRA et al.

v.

Emanuel SANTOS.

No. 82-237-M.P.

Supreme Court of Rhode Island.

June 3, 1983.

Larry Dub, Providence, for plaintiff.

Carolyn Barone, Warwick, for defendant.

ORDER

Since the plaintiffs' motion to affirm was denied on the merits, and not because of any procedural defect, plaintiffs' motion for reconsideration is denied.

SYLVIA'S INC.

v.

INN ISLAND, INC. et al.

No. 83-255-M.P.

Supreme Court of Rhode Island.

June 3, 1983.

Roy Briehler, pro se.

David Fox, Middletown, for respondent.

ORDER

The petition for writ of certiorari is denied.